**Electronically Filed
Supreme Court
SCWC-29605
09-APR-2012
11:26 AM**

NO. SCWC-29605

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CURTIS RAY BROOKS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29605; CR. NO. 07-1-0394)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Alm,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on March

1, 2012 by Petitioner/Defendant-Appellant Curtis Ray Brooks is

hereby rejected.

DATED: Honolulu, Hawai'i, April 9, 2012.

William H. Jameson, Jr.,                /s/ Mark E. Recktenwald
for petitioner/
defendant-appellant                     /s/ Paula A. Nakayama
on the application.
                                        /s/ Simeon R. Acoba, Jr.

                                        /s/ Sabrina S. McKenna

                                        /s/ Steven S. Alm